IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 12-419-SLR |
| PAR PHARMACEUTICAL, INC., | ) ) ) | |
| Defendant. | ) | |
| TAKEDA PHARMACEUTICALS U.S.A., INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 13-493-SLR |
| AMNEAL PHARMACEUTICALS, LLC, | ) ) ) | |
| Defendant. | ) | |
| TAKEDA PHARMACEUTICALS U.S.A., INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 13-1524-SLR |
| PAR PHARMACEUTICAL COMPANIES, INC. and PAR PHARMACEUTICAL, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 17th day of September, 2013, having conferred with counsel;

IT IS ORDERED that civil action nos. 12-419-SLR and 13-493-SLR are stayed

pending further order of the court.

IT IS FURTHER ORDERED that a telephonic scheduling conference shall be held on **Thursday, November 21, 2013, at 4:00 p.m.** Counsel for defendant Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. shall coordinate and initiate the call.

_____
United States District Judge