IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 12-419-SLR |
| PAR PHARMACEUTICAL, INC., | ) ) ) | |
| Defendant. | ) | |
| TAKEDA PHARMACEUTICALS U.S.A., INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 13-493-SLR |
| AMNEAL PHARMACEUTICALS, LLC, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this   day of September, 2014, the parties having agreed that the above captioned cases should be dismissed;

IT IS ORDERED that the above captioned cases are dismissed without prejudice.

                                                                                          _____
                                                                                          United States District Judge